ACCEPTED
14-15-00866-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/16/2015 12:41:19 PM
CHRISTOPHER PRINE
CLERK

Filed for Record
10/8/2015 2:44:14 PM
Rhonda Barchak, District
Brazoria County, Texas
77109-CV
Kelley Hanson, Deputy

## CAUSE NO. 77109-CV

| | | |
|---|---|---|
| **ARNOLD & ITKIN LLP** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **VS.** | § | |
| | § | **BRAZORIA COUNTY, TEXAS** |
| **EJH ENTERPRISES, INC.,** | § | |
| **MICHAEL HINDS, EDEN HINDS,** | § | |
| **AND DAVID EBENAL** | § | **149TH JUDICIAL DISTRICT** |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/16/2015 12:41:19 PM
CHRISTOPHER A. PRINE
Clerk

## DEFENDANT DAVID EBENAL'S
## <u>NOTICE OF APPEAL</u>

Defendant David Ebenal desires to appeal and does hereby give Notice of

Appeal to either the First or Fourteenth Court of Appeals from the Nunc Pro Tunc

Order signed by this Court on September 10, 2015.

Respectfully submitted,

**THE MICHAEL M. PHILLIPS LAW FIRM P.C.**

*/s/ Michael M. Phillips*

MICHAEL M. PHILLIPS
State Bar No. 15939000
P. O. Box 1030
Angleton, Texas 77516-1030
[Tel.] (979) 849-4382
[Fax] (979) 849-1409
*michael@mphillipslaw.com*

ATTORNEY FOR DAVID EBENAL

1

**CERTIFICATE OF SERVICE**

I certify a true and correct copy of the foregoing instrument has been served on opposing counsel and pro se parties of record by mail, fax, e-mail and/or electronic service, addressed as follows:

Kurt B. Arnold
Arnold & Itkin LLP
6009 Memorial Drive
Houston, Texas 77007
[Fax] (713) 222-3850
karnold@arnolditkin.com
e-service@arnolditkin.com

Eden Hinds (Pro Se)
3010 Longhorn Circle
Manvel, Texas 77578
[Tel.] (205) 901-3981
edenhinds@gmail.com
mfhinds@gmail.com

Michael Hinds (Pro Se)
3010 Longhorn Circle
Manvel, Texas 77578
[Tel.] (205) 936-3839
mfhinds@gmail.com

Dated:  October 8, 2015

/s/ *Michael M. Phillips*
MICHAEL M. PHILLIPS